# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

KIMBERLY WEST, Individually and as § 
Personal Representative for and of the Estate § No.: 3:21-CV-00255
of GREGORY ANTONIO WEST, deceased, § *Jury Trial Demanded*
§ USDC Judge Travis R. McDonough
Plaintiff, § Magistrate Judge H. Bruce Guyton
§
vs. §
§
CSX TRANSPORTATION, INC. §
§
Defendant. §

# AGREED MOTION

Come the parties and respectfully move the Court for the entry of the attached Order to Produce Hospital, Medical and Employment Records.

The Plaintiff's decedent's medical condition is at issue in this case and the production of medical records and employment related records are potentially relevant and material and represent documents calculated to lead to the discovery of admissible evidence.

*Exhibit "A"* is a proposed Order to Produce Hospital, Medical and Employment Records that the Defendant respectfully asks the Court to approve.

BAKER, O'KANE, ATKINS & THOMPSON, PLLP

S/ John W. Baker, Jr., Esq., BPR #001261
Emily L. Herman-Thompson, Esq., BPR #0021518
*Attorneys for Defendant*
2607 Kingston Pike, Suite 200
P.O. Box 1708
Knoxville, Tennessee 37901-1708
(865) 637-5600-Office
(865) 637-5608-Fax
E-Mail: **jbaker@boatlf.com**
E-Mail: **ethompson@boatlf.com**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on *November 3, 2021*, a copy of the foregoing *Agreed Motion*, was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

                                      S/ John W. Baker, Jr., Esq.